**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7431**

_____

FRANKIE DEAN MCFALLS,

Plaintiff - Appellant,

versus

BIRCHIE WARREN, Psychologist; MARTHA WRIGHT,
Psychological Intern; DANNY FAIRCLOTH, Diag-
nostic Center Director; LEE WEST, Diagnostic
Services Specialist; BENNY LANGDON; STEVEN
DEZERN, Case Analyst; MEL NOLES, Medical Di-
rector; GARY DIXON, Warden; LYNN C. PHILLIPS,
Director of Prisons, North Carolina Department
of Corrections; FRANKLIN FREEMAN, Secretary of
North Carolina Department of Corrections;
PATSY E. WOODLIEF, Chief Diagnostic Services,
North Carolina Department of Corrections,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, Chief District
Judge. (CA-95-78-5-F)

_____

Submitted: January 18, 1996      Decided: February 5, 1996

_____

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Frankie Dean McFalls, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his 42 U.S.C. § 1983 (1988) complaint as frivolous under 28 U.S.C. § 1915 (1988). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McFalls v. Warren, No. CA-95-78-5-F (E.D.N.C. Sept. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED